UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS - AUSTIN DIVISION

| | |
|---|---|
| DAVID PHILIP SHOCKLEY,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE BELL CREAMERIES, INC., and<br>BLUE BELL CREAMERIES, L.P.,<br><br>    Defendants. | Civil Action No. 1:15-cv-00425-DE<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED,** by and between Plaintiff David Philip Shockley and Defendants Blue Bell Creameries, Inc. and Blue Bell Creameries, L.P. (collectively "the Parties"), through their respective attorneys of record, that Defendants Blue Bell Creameries, Inc., and Blue Bell Creameries, L.P. are dismissed with prejudice as parties to this action, on the merits, without costs and disbursements to any party, and that the Parties jointly petition the Court pursuant to this stipulation for an order directing that judgment of dismissal of Defendants Blue Bell Creameries, Inc. and Blue Bell Creameries, L.P. be entered accordingly.

| | |
|---|---|
| DATED:  September 21, 2016<br><br>*Admitted *Pro Hac Vice* | */s/ Eric Hageman*<br><br>Eric Hageman*<br>eric@pritzkerlaw.com<br>Fred H. Pritzker*<br>fhp@pritzkerlaw.com<br>Brendan J. Flaherty*<br>brendan@pritzkerlaw.com<br>Ryan M. Osterholm*<br>ryan@pritzkerlaw.com<br>PritzkerOlsen, P.A.<br>45 S. 7th Street, Plaza Seven, Suite 2950<br>Minneapolis, MN  55402<br>Telephone:  (612) 338-0202<br>Facsimile:  (612) 338-0104 |

1

    and

    Jeffrey M. Tillotson, TX Bar No. 20039200
    jtillotson@tillotsonlaw.com
    Jonathan R. Patton, TX Bar No. 240881198
    jpatton@tillotsonlaw.com
    Tillotson Law
    750 North St. Paul, Suite 610
    Dallas, TX 75201
    Telephone:  (214) 382-3041
    Facsimile:  (214) 501-0731

    **ATTORNEYS FOR PLAINTIFF DAVID PHILIP SHOCKLEY**

DATED:  September 21, 2016    */s/ Alyssa L. Rebensdorf*
    Sarah L. Brew*
    sarah.brew@FaegreBD.com
\* Admitted *Pro Hac Vice*    Alyssa L. Rebensdorf*
    alyssa.rebensdorf@FaegreBD.com
    FAEGRE BAKER DANIELS LLP
    90 S. 7th Street; 2200 Wells Fargo Center
    Minneapolis, MN  55402-3901
    Telephone:  (612) 766-7000
    Facsimile:  (612) 766-1600

    and

    Hugh G. Connor, II, TX Bar No. 00787272*
    hugh.connor@kellyhart.com
    Preston R. Mundt, Texas Bar No. 24058465
    preston.mundt@kellyhart.com
    KELLY HART & HALLMAN LLP
    201 Main Street, Suite 2500
    Fort Worth, TX  76102
    Telephone:  (817) 878-3551
    Facsimile:  (817) 878-9280

    **ATTORNEYS FOR DEFENDANTS BLUE BELL CREAMERIES, INC. and BLUE BELL CREAMERIES, L.P.**